**Raymond R. YOUNGER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 50575.**

Missouri Court of Appeals,
Western District.

July 18, 1995.

John M. Schilmoeller, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and
LOWENSTEIN and ELLIS, JJ.

### ORDER

PER CURIAM:

Raymond R. Younger appeals from the denial of his Rule 24.035 postconviction motion following his guilty plea and conviction for stealing property valued at more than $150 in violation of section 570.030, RSMo 1986. He was sentenced to five years incarceration to be served consecutively to the sentence imposed in a prior conviction.

The judgment of the motion court denying Mr. Younger's Rule 24.035 postconviction motion is affirmed.

Rule 84.16(b).